UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Deo NIYOMUGABO,
Plaintiff(s),
v.
Noem et al,
Defendant(s).

Case No. 3:25-cv-02307

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ruby L. Powers, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Deo Niyomugabo in the above-entitled action. My local co-counsel in this case is Jeffrey O'Brien, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 249022.

| | |
|---|---|
| 1311 Enid St. Houston, TX 77009 | 2039 Kala Bagai Way, Ste 500, Berkeley, CA |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 713-589-2085 | 510-649-9333 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ruby@rubypowerslaw.com | jeffrey@obrienimmigration.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24057581.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/1/25

APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ______________________ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 21, 2025

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

United States District Court
Northern District of California

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

## Jeffrey Charles O'Brien

Bar Number 249022

was duly admitted to practice in this Court on October 13, 2010,
and is in good standing as a member of the bar of this Court.

Signed on March 31, 2025 by

Mark B. Busby

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Ruby L Powers, Federal ID No 1098043

Admission date: August, 5, 2010

Dated January 5, 2024, at Houston, Texas.

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

January 04, 2024

Re: Ms. Ruby Lichte Powers, State Bar Number 24057581

To Whom It May Concern:

This is to certify that Ms. Ruby Lichte Powers was licensed to practice law in Texas on November 07, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167